UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MISTER COLEMAN,<br><br>　　　　　　　Plaintiff,<br>v.<br>JAMES DZURENDA, *et al.*,<br>　　　　　　　Defendants. | Case No. 3:24-cv-00317-MMD-CLB<br><br>ORDER<br><br>(ECF No. 24) |

On June 23, 2025, Plaintiff filed a Motion to Extend Time (ECF No. 24). On June 24, 2025, at the mediation conference, a global settlement was reached in this action and 3:24-cv-00304-MMD-CLB. (ECF No. 25.) Further, the notice of intent to dismiss due to lack of service, which motivated Plaintiff's motion, was mistakenly entered by the Clerk's Office and was immediately removed from the docket. (ECF No. 23.)

It is ordered that, in light of the settlement reached at mediation, the motion for extension of time (ECF No. 24) is denied as moot.

**DATED:** June 25, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**