AARON D. FORD
 Attorney General
JAMIE S. HENDRICKSON (Bar No. 12770)
 Senior Deputy Attorney General
State of Nevada
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
(775) 684-1234 (phone)
(775) 684-1108 (fax)
Email: jhendrickson@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MISTER COLEMAN, | Case No. 3:24-cv-00317-MMD-CLB |
| Plaintiff, | |
| v. | ORDER GRANTING **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

Plaintiff, Mister Coleman, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 24th day of June 2025.

By: /signature/
Mister Coleman (NDOC #1234612)
Plaintiff, Pro Se

DATED this 24th day of June 2025.
AARON D. FORD
Attorney General

By: /s/ *Jamie S. Hendrickson*
Jamie S. Hendrickson (Bar No. 12770)
Senior Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. District Judge

DATED: September 23, 2025